UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OPINION CORP.  and  CONSUMER
OPINION CORP.,

      Plaintiffs,

vs.                          CASE NO.   0:15-cv-80051-WJZ

ROCA LABS, INC.,

      Defendant.

_____/

## CORPORATE DISCLOSURE STATEMENTS
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

      1.   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the

undersigned certifies that Defendant Roca Labs, Inc., is a private corporation, has no

parent corporation, and there is no publicly-held corporation that owns more than 10% of

its stock.

      DATED April 1, 2015      By:    /s/ James Roscoe Tanner
                                      James Roscoe Tanner, Esq.
                                      Florida Bar # 0637246
                                      Post Office Box 260156
                                      Tampa, Florida 33685
                                      Telephone (813) 322-3565
                                      Email: jrt@jimtannerlaw.com
                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a copy of the foregoing was e-filed with the Clerk of

Court via CM/ECF system, which will send an electronic copy of the same to all counsel

of record that are registered with the Court's CM/ECF system this 1ST day of April 2015.

                                      By:    /s/ James Roscoe Tanner
                                            James Roscoe Tanner, Esq.