UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OPINION CORP., Et., Al.,
    Plaintiff,                                     Case No: 8:15cv-00811-EAK-AEP

vs.

ROCA LABS, INC.,
    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR ROCA LABS, INC AND FOR SUBSTITUTION OF COUNSEL

COMES NOW, James R. Tanner, in the above referenced case and here by files this Motion to Withdraw as Counsel for Roca Labs, Inc., and for substitution of counsel pursuant to Local Rule 2.03. In support of this Motion, undersigned counsel states as follows:

1. Irreconcilable differences have arisen between Roca labs, Inc., and the undersigned counsel necessitating the withdrawal of counsel from this case.

2. On or about May 4, 2015, Paul Berger, filed a Notice of Appearance on behalf of Roca Labs, Inc. (Roca) in a companion case in this District involving the same parties in which Roca Labs, Inc., is suing Opinion Corp., Et. Al. (Case No.: 8-14-cv-2096-T-33-EAJ).

3. Counsel has good cause to make this motion, and circumstances have arisen that prevent him from continuing to represent Roca Labs, Inc., and that permit him to withdraw in accordance with Rule 4-1.16 of the Florida Rules of Professional Conduct. Counsel has advised Roca and its General Counsel, Paul Berger in accord with Local Rule 2.03 that he will seek leave to withdraw from this action as Counsel for Roca. Said withdraw has been agreed to and accepted by Roca as evidenced by Attorney Berger's agreement to substitute and/or have another

Roca attorney undertake representation of Roca. [See Dkt # 32]. Neither party will suffer prejudice as this matter is relatively new and the parties have yet to engage in discovery having recently conferred with regard to submitting a proposed Joint Case Management Schedule and attorney Berger has been provided all pleadings and Orders to date and fully appraised.

4. Pursuant to Local Rule 3.01(g) the undersigned has conferred with opposing counsel and in accord with Local Rule 2.03, opposing counsel, Marc Randazza and Mr. Randazza does not object to the undersigned withdrawing.

**WHEREFORE**, James R. Tanner respectfully requests that this Court grant the withdrawal of his representation in this matter and have no further responsibilities related to this action and all subsequent service of pleadings and documents should be served upon Roca's General Counsel, Paul Berger and or any other counsel so designated .

DATED this 14th day of May, 2015.

Respectfully submitted,

/s/ James Roscoe Tanner, Esq.
James Roscoe Tanner, Esquire
Florida Bar No.: 0637246
Post Office Box 260156
Tampa, Florida 33685
jrt@jimtannerlaw.com
Attorney for Roca Labs, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 14, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to all counsel of record and by separate email to: Paul Berger, Esq., Roca General Counsel, Email: legal5@rocalabs.com , Post Office Box 7898, Delray Beach, FL 33483

/s/ James Roscoe Tanner, Esq.
James Roscoe Tanner, Esq.