**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

OPINION CORP., *et al.*,

    Plaintiffs,

  v.

ROCA LABS, INC.,

    Defendant.

Case No: 8:15-cv-00811-EAK-AEP

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO STAY CASE
PENDING APPEAL OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME**

NOTICE IS GIVEN that Plaintiffs Opinion Corp. and Consumer Opinion Corp. hereby withdraw without prejudice their Motion to Stay Case Pending Appeal or, in the Alternative, for Extension of Time (Doc. # 51). This motion is moot in light of the Defendant's Notice of Withdrawal of Motion for Attorneys' Fees Pursuant to 17 U.S.C. § 505 and Fed. R. Civ. P. 11 (Doc # 57).

Dated November 10, 2015.

Respectfully Submitted,

/s/ *Marc J. Randazza*
Marc J. Randazza, Esq.
Florida Bar No. 625566
RANDAZZA LEGAL GROUP, PLLC
3625 S. Town Center Drive
Las Vegas, Nevada 89135
Tele: 702-420-2001
Fax: 305-437-7662
Email: ecf@randazza.com

*RANDAZZA | LEGAL GROUP*

Case No.: 8:15-cv-00811-EAK-AEP

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff, via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

An employee / agent of
RANDAZZA LEGAL GROUP, PLLC

**RANDAZZA** | LEGAL GROUP

Notice of Withdrawal of Motion