# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

OPINION CORP. and
CONSUMER OPINION CORP.,

        Plaintiffs,

v.

ROCA LABS, INC.,

        Defendant.

Case No: 8:15-cv-00811-EAK-AEP

## UNOPPOSED MOTION TO WITHDRAW AS
## COUNSEL FOR DEFENDANT ROCA LABS, INC.

    Shumaker, Loop & Kendrick, LLP, together with its attorney of record in this case (collectively, the "Firm"), hereby seeks an order of this Court allowing the Firm to withdraw as counsel for Defendant Roca Labs, Inc. and relieving it from any further responsibility for the legal representation of Roca Labs, Inc., and in support thereof states:

    Roca Labs' perspective is that the parties no longer have an active dispute and there is no reason to expend additional resources defending this case.  Accordingly, it has terminated the Firm's representation in this matter and has instructed the Firm to withdraw. Under Rule 4-1.16(a)(3) of the Rules of Professional Conduct, a lawyer **must** decline or terminate representation when the lawyer is discharged. Roca Labs has discharged the Firm.  Accordingly, the Firm must withdraw.

## RULE 3.01(g) CERTIFICATION

The undersigned has conferred with counsel for Plaintiff, who has no objection to the relief requested herein.

Dated February 17, 2016.

Respectfully Submitted,

*/s/ Suzette Marteny*
Suzette Marteny
FBN: 668591
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd. Ste 2800
Tampa FL 33602
813-227-2272 (Direct)
813-229-7600 (Main)
813-229-1660 (Fax)
smarteny@slk-law.com (primary)
mschwalbach@slk-law.com (secondary)
*Attorney for Defendant,*
*Roca Labs, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon counsel for Plaintiff via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

s/*Suzette Marteny*
 Attorney