UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONSUMER OPINION CORP. and
OPINION CORP. d/b/a
PISSEDCONSUMER.COM,

    Plaintiffs,                                      Case No: 8:15-cv-00811-EAK-AEP

Vs.

ROCA LABS, INC.

    Defendants.
_____

## PAUL BERGER'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR ROCA LABS, INC.

Paul Berger hereby seeks an order of this Court allowing him to withdraw as counsel for Defendant Roca Labs, Inc. and relieving it from any further responsibility for the legal representation of Roca Labs, Inc., and in support thereof states:

I have ceased the practice of law and am no longer residing in the State of Florida. Roca Labs, Inc. and Suzette Marteny former co-counsel on this matter have been aware that I stopped my law practice since November 2015. Moreover I was discharged from representing Roca Labs in this matter.

As detailed in Ms. Marteny's Motion to Withdraw as Counsel [Dkt. No. 64] it was also my understanding that the parties no longer have an active dispute. It was further my understanding (which apparently was incorrect) that steps were being taken by co-counsel to close this case. Unfortunately her Motion [Dkt. No. 64] was silent to the fact that I was no longer practicing law and no longer resided in Florida.

1

As I am no longer practicing law, no longer reside in the State of Florida and was discharged by Roca Labs, I cannot represent Roca Labs as they will not have local counsel in this matter.

I have informed Roca Labs that it needs to have legal counsel in this matter, and it has stated it desire not to have counsel and not to make any additional filings in this matter.

WHEREFORE I respectfully request that this Motion be granted and that I am relieved from representing Roca Labs in this matter.

Dated February 26, 2016.

Respectfully submitted,

Paul Berger

/s/ Paul Berger
Paul Berger
FL Bar No. 4413
paul@hurricanelawgroup.com
561-414-4570

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 26, 2016, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Defense Counsel.

/s/ Paul Berger
Paul Berger
FL Bar No. 4413
paul@hurricanelawgroup.com
561-414-4570